Exhibit 2

Method Claim: 12

| US7552870B2 | PayPal ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br><u>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,*</u> *even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.*<br><br>**Col 7: lines 59-67,**<br>**Col 8: line 1**<br><br>*The Use Earned Balance (307) field is* | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for shopping, flights, etc.).<br><br>As shown below, the accused instrumentality provides a referral program that allows members to earn and redeem points for PayPal shopping purchases, etc. Further, it offers an 'Invite Friends' program that allows members to earn points by inviting friends to join the referral program. The member (referrer) earns 1000 points for each spend the referred friend completes. The member can refer up to 10 friends per year and earn up to 10,000 points annually. The earned points can be redeemed by the member for various rewards such as free shopping, flights, etc. |

*used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).</u>*

**Col 8: lines 20-30**

*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. <u>Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner.</u>*



https://www.paypal.com/us/home

Referral programs encourage individuals to spread the word about products or services they enjoy by giving them rewards for each person they refer. Typically, people get a benefit for signing up, and the individual who shared the link gets a reward.

https://www.paypal.com/us/money-hub/article/referral-links-rewards

| | |
|---|---|
| *The Account Record may be owned by a registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.</u>* | **What are referral programs and how do they work?**<br><br>Referral programs are incentives brands offer to encourage existing customers to refer new customers to their products or services. These programs provide existing customers with a unique referral link, code, or sharing option, which they can then distribute to friends, family, or followers.<br><br>When someone uses this link or code to make a purchase or sign up for the service, both the person who sent the referral and the one who accepts it often receive rewards or benefits.<br><br>https://www.paypal.com/us/money-hub/article/referral-links-rewards<br><br>Here are some potential benefits of referral programs:<br><br>• **Ability to earn rewards:** Referral programs allow individuals to earn rewards, such as discounts, credits, cash bonuses, or exclusive perks, simply by sharing something they enjoy with others.<br><br>• **Access to exclusive deals:** Referral programs may offer individuals access to exclusive deals, discounts, or promotions that are not available to the general public. By participating in a referral program, people can potentially enjoy special perks or savings on products or services.<br>https://www.paypal.com/us/money-hub/article/referral-links-rewards |



https://www.paypal.com/us/webapps/mpp/invite/terms#

https://www.paypal.com/us/webapps/mpp/invite/terms#

# What is PayPal's referral program?

PayPal's referral program allows you to earn PayPal Rewards Points when you invite your friends to join PayPal.

https://www.paypal.com/us/webapps/mpp/invite/terms#

**Terms and Conditions**

By participating in PayPal's "Invite Friends" promotion (the "Program"), you agree to the following terms and conditions (the "Terms"). PayPal may at any time and in its sole discretion, without prior notice, terminate, cancel, suspend or modify the Program or these terms.

The Program allows you to invite people you know to sign up for a U.S. account with PayPal. You can earn a Reward (defined below) when friends you invite to join PayPal through the Program sign up and complete an Eligible Transaction (defined below). If you are the person inviting friends to join PayPal, you are a "referrer" under these terms, and if you are a person who receives an invitation, you are a "referee."

https://www.paypal.com/us/webapps/mpp/invite/terms#

To be eligible to earn rewards through the Program, each referrer and referee must have a U.S. personal (including PayPal, PayPal Balance) account in good standing ("Valid Account") at the time of participation through when his/her reward(s) are issued.

A referrer may refer a referee by via the referral mechanism in the PayPal app [or on PayPal.com]. The referrer can claim a reward for a maximum of 10 referees per calendar year that satisfy the following "Reward Criteria": (i) access and complete the PayPal sign up process; (ii) link his/her bank, credit card or debit card to their PayPal account; (iii) verify their cell number linked to their PayPal account;  (iv) complete an Eligible Transaction (defined below), and (v) Eligible Transaction must be completed within the first 30 days of completing the PayPal sign up process.

https://www.paypal.com/us/webapps/mpp/invite/terms#

# How much can I earn through the referral program?

If you refer ten friends who successfully sign up with PayPal and spend at least $5 each within 30 days, you can earn a total of 10,000 points (redeemable for $100 cash back).

https://www.paypal.com/us/webapps/mpp/invite/terms#

## 3. Earning Points

a. We may make our rewards points ("**PayPal Rewards Points**" or "**Points**") available to you when you complete certain actions through the PayPal Service or the Honey Service. The most common way for you to earn Points is by making an eligible purchase from one of the participating third-party merchants.

https://www.paypal.com/us/legalhub/paypal/pp-rewards-program-tnc

# What is PayPal Rewards?

PayPal Rewards is an easy way to earn points through eligible purchases and friend referrals on PayPal. Redeem your Rewards points for cash and other options. You can use the cash back you earn when you make eligible purchases with PayPal checkout. Or, transfer it to your PayPal Balance, and more.

https://www.paypal.com/us/webapps/mpp/invite/terms#

# What is PayPal Rewards and how does it work?

PayPal Rewards is PayPal's rewards program that lets you earn points when you take advantage of offers available to you when you use PayPal and PayPal Honey ("Honey") features.

Once you've earned points, you can apply them towards purchases while using PayPal checkout or redeem them for cash back or a charitable donation.

https://www.paypal.com/us/cshelp/article/what-is-paypal-rewards-and-how-does-it-work-help958

## Why haven't I received my points for referring a friend to PayPal?

To earn the 1,000 point reward, the person you referred must:
- Complete the signup process.
- Link a payment method to PayPal.
- Spend at least $5 in a single payment, within 30 days of signing up with PayPal.

Once your friend has completed these steps, it may take up to two weeks to receive your reward. Offer may be canceled or modified at any time. Terms apply. Redeem points towards cash and other rewards. Terms and exclusions apply.

https://www.paypal.com/us/webapps/mpp/invite/terms#

## How can I redeem PayPal Rewards points?

Visit the PayPal app or website to see available redemption options and redeem your PayPal Rewards points.

## Where can I see my earned and pending PayPal Rewards points?

You can keep track of your points balance, see your past PayPal Rewards activity, and redeem your points in the PayPal app or online.

https://www.paypal.com/us/cshelp/article/what-is-paypal-rewards-and-how-does-it-work-help958

Redemption Options

# 795

Points available

**Cash back**
Keep your cash in PayPal or transfer it out.

**Transfer to Savings**
Transfer to Savings and earn a high APY.

**Redeem points at checkout**
Use your points towards a purchase with PayPal checkout.

**Donate**
Choose a charity to support.

| | |
|---|---|
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user; | The accused instrumentality practices applying network usage credits (e.g., crediting points to the member's account) to a user (e.g., a referrer i.e., an existing member of the referral program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting points to the member's account) based upon usage (e.g., completing signup and spend using PayPal account) by at least one third party (e.g., a referred friend) of a first network resource (e.g., using a referral link of a referrer for signing up a PayPal account, etc.) operated by said user (e.g., a referrer i.e., an existing member of the referral program). |
| **Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway.* In this embodiment of the invention, which provides broad | As shown below, the accused instrumentality provides a referral program that allows members to earn and redeem points for PayPal shopping purchases, etc. Further, it offers an 'Invite Friends' program that allows members to earn points by inviting friends to join the referral program. The referred friend needs to sign up via the invite link sent by the member to earn points. The member (e.g., a user) earns 1000 points (e.g., network usage credits) for each 5 dollars purchase the referred friend (e.g., a third party) completes using his PayPal account (e.g., a first network resource). The member can refer up to 10 friends per year and earn up to 10,000 points annually. |

*flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.*



Help     Log In     Sign Up

Personal ⌄   Small Business ⌄   Enterprise ⌄   Developer

Invite Your Friends

# Get up to $100 cash back

When you invite ten of your friends to PayPal, you can earn up to $100 cash back (10,000 points).

**Invite Your Friends**

Offer may be canceled or modified at any time. Points earned can be redeemed for cash back or other options. **Offer terms** and PayPal Rewards **terms and exclusions apply.**

https://www.paypal.com/us/webapps/mpp/invite/terms#

## Referring is easy.

**1.**

Invite a friend who doesn't have PayPal.

**2.**

They join and link their bank account or card.

**3.**

When they spend or send at least $5 (within 30 days of signup), you both can earn 1,000 points (redeemable for $10 cash back).

https://www.paypal.com/us/webapps/mpp/invite/terms#

# What is PayPal's referral program?

PayPal's referral program allows you to earn PayPal Rewards Points when you invite your friends to join PayPal.

https://www.paypal.com/us/webapps/mpp/invite/terms#

# How much can I earn through the referral program?

If you refer ten friends who successfully sign up with PayPal and spend at least $5 each within 30 days, you can earn a total of 10,000 points (redeemable for $100 cash back).

https://www.paypal.com/us/webapps/mpp/invite/terms#

**Terms and Conditions**

By participating in PayPal's "Invite Friends" promotion (the "Program"), you agree to the following terms and conditions (the "Terms"). PayPal may at any time and in its sole discretion, without prior notice, terminate, cancel, suspend or modify the Program or these terms.

The Program allows you to invite people you know to sign up for a U.S. account with PayPal. You can earn a Reward (defined below) when friends you invite to join PayPal through the Program sign up and complete an Eligible Transaction (defined below). If you are the person inviting friends to join PayPal, you are a "referrer" under these terms, and if you are a person who receives an invitation, you are a "referee."

a user                                                                                a third party

https://www.paypal.com/us/webapps/mpp/invite/terms#

To be eligible to earn rewards through the Program, each referrer and referee must have a U.S. personal (including PayPal, PayPal Balance) account in good standing ("Valid Account") at the time of participation through when his/her reward(s) are issued.

A referrer may refer a referee by via the referral mechanism in the PayPal app [or on PayPal.com]. The referrer can claim a reward for a maximum of 10 referees per calendar year that satisfy the following "Reward Criteria": (i) access and complete the PayPal sign up process; (ii) link his/her bank, credit card or debit card to their PayPal account; (iii) verify their cell number linked to their PayPal account;  (iv) complete an Eligible Transaction (defined below), and (v) Eligible Transaction must be completed within the first 30 days of completing the PayPal sign up process.

https://www.paypal.com/us/webapps/mpp/invite/terms#

An "Eligible Transaction" means: (a) an online PayPal checkout payment of $5.00 USD or more using the referee's new PayPal account that is marked as "complete" in the referee's account; or (b) a person-to-person payment of $5.00 USD or more using the "Send Money" feature within PayPal (sent to anyone other than the referrer) using the referee's new PayPal account that is marked as 'received' by the recipient.

usage by at least one third party of a first network resource

https://www.paypal.com/us/webapps/mpp/invite/terms#

Reward: The reward amount is (1,000) PayPal Rewards Points ("Points"), which can be redeemed for $10 cash (the "Reward") or other options.   There is a limit of one (1) Reward per referee Valid Account for the duration of the Program (each redeemable for a $10 cash equivalent once redeemed) and ten (10) rewards per referrer Valid Account per calendar year for the duration of the Program. If two or more referrers invite the same referee, PayPal will credit the reward to the first person who referred the referee, as determined in PayPal's sole discretion. The receipt and redemption of Points is further subject to the **PayPal Rewards Program Agreement**.

https://www.paypal.com/us/webapps/mpp/invite/terms#

# What is PayPal Rewards?

PayPal Rewards is an easy way to earn points through eligible purchases and friend referrals on PayPal. Redeem your Rewards points for cash and other options. You can use the cash back you earn when you make eligible purchases with PayPal checkout. Or, transfer it to your PayPal Balance, and more.

https://www.paypal.com/us/webapps/mpp/invite/terms#



https://www.youtube.com/watch?v=vLyqCaqqBe8

## Why haven't I received my points for referring a friend to PayPal?

To earn the 1,000 point reward, the person you referred must:

- Complete the signup process.
- Link a payment method to PayPal.
- Spend at least $5 in a single payment, within 30 days of signing up with PayPal.

Once your friend has completed these steps, it may take up to two weeks to receive your reward. Offer may be canceled or modified at any time. Terms apply. Redeem points towards cash and other rewards. Terms and exclusions apply.

https://www.paypal.com/us/webapps/mpp/invite/terms#



https://www.youtube.com/watch?v=UPkZxpG4aIY

| | |
|---|---|
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>_The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization. If the Balance (403C) is_ | The accused instrumentality practices substantially immediately processing a request (e.g., a request with PayPal checkout, etc.) by said user (e.g., a referrer i.e., an existing member of the referral program) for usage (e.g., purchasing a product, etc.) of a second network resource (e.g., a participating merchant's website, etc.) operated by a fourth party (e.g., a participating merchants website where the member redeems their points, etc.) and allowing access to said second network resource (e.g., a participating merchant's website, etc.) if said user (e.g., a referrer i.e., an existing member of the referral program) has at least a predetermined amount of said network usage credits (e.g., required points to purchase products, book flights, etc.) wherein said first (e.g., using a referral link of a referrer for signing up a PayPal account, etc.) and second resources (e.g., a participating merchant's website, where the member redeems their points, etc.) have a registered resource sharing arrangement (e.g., agreement between the accused instrumentality and the participating merchant) in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a referral program that allows members to earn and redeem points for PayPal shopping purchases, etc. Further, it offers an 'Invite Friends' program that allows members to earn points by inviting friends to join the referral program. The member (e.g., a user) earns 1000 points for each 5 dollars purchase the referred friend completes using his PayPal account. The member can refer up to 10 friends per year and earn up to 10,000 points annually. The earned points can be redeemed by the member (e.g., a user) for various rewards such as shopping, booking flights, etc. (e.g., a second network resource).<br><br>When the member requests to purchase products using points option, the system checks their earned points balance to determine if the member is eligible for purchasing the product. Also, it allows members (e.g., a user) to redeem points for booking flights etc. provided by a service provider (e.g., a fourth party). Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed by all participating merchants. |

*not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*

Col 17: lines 20-23

*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.*



Invite Your Friends

# Get up to $100 cash back

When you invite ten of your friends to PayPal, you can earn up to $100 cash back (10,000 points).

**Invite Your Friends**

Offer may be canceled or modified at any time. Points earned can be redeemed for cash back or other options. **Offer terms** and PayPal Rewards **terms and exclusions apply.**

https://www.paypal.com/us/webapps/mpp/invite/terms#

## What is PayPal's referral program?

PayPal's referral program allows you to earn PayPal Rewards Points when you invite your friends to join PayPal.

https://www.paypal.com/us/webapps/mpp/invite/terms#

## How much can I earn through the referral program?

If you refer ten friends who successfully sign up with PayPal and spend at least $5 each within 30 days, you can earn a total of 10,000 points (redeemable for $100 cash back).

https://www.paypal.com/us/webapps/mpp/invite/terms#

## 3. Earning Points

a. We may make our rewards points ("**PayPal Rewards Points**" or "**Points**") available to you when you complete certain actions through the PayPal Service or the Honey Service. The most common way for you to earn Points is by making an eligible purchase from one of the participating third-party merchants.

https://www.paypal.com/us/legalhub/paypal/pp-rewards-program-tnc

## What is PayPal Rewards?

PayPal Rewards is an easy way to earn points through eligible purchases and friend referrals on PayPal. Redeem your Rewards points for cash and other options. You can use the cash back you earn when you make eligible purchases with PayPal checkout. Or, transfer it to your PayPal Balance, and more.

https://www.paypal.com/us/webapps/mpp/invite/terms#

To be eligible to earn rewards through the Program, each referrer and referee must have a U.S. personal (including PayPal, PayPal Balance) account in good standing ("Valid Account") at the time of participation through when his/her reward(s) are issued.

A referrer may refer a referee by via the referral mechanism in the PayPal app [or on PayPal.com]. The referrer can claim a reward for a maximum of 10 referees per calendar year that satisfy the following "Reward Criteria": (i) access and complete the PayPal sign up process; (ii) link his/her bank, credit card or debit card to their PayPal account; (iii) verify their cell number linked to their PayPal account;  (iv) complete an Eligible Transaction (defined below), and (v) Eligible Transaction must be completed within the first 30 days of completing the PayPal sign up process.

https://www.paypal.com/us/webapps/mpp/invite/terms#

Reward: The reward amount is (1,000) PayPal Rewards Points ("Points"), which can be redeemed for $10 cash (the "Reward") or other options.  There is a limit of one (1) Reward per referee Valid Account for the duration of the Program (each redeemable for a $10 cash equivalent once redeemed) and ten (10) rewards per referrer Valid Account per calendar year for the duration of the Program. If two or more referrers invite the same referee, PayPal will credit the reward to the first person who referred the referee, as determined in PayPal's sole discretion. The receipt and redemption of Points is further subject to the **PayPal Rewards Program Agreement**.

https://www.paypal.com/us/webapps/mpp/invite/terms#

# What is PayPal Rewards and how does it work?

PayPal Rewards is PayPal's rewards program that lets you earn points when you take advantage of offers available to you when you use PayPal and PayPal Honey ("Honey") features.

Once you've earned points, you can apply them towards purchases while using PayPal checkout or redeem them for cash back or a charitable donation.

https://www.paypal.com/us/cshelp/article/what-is-paypal-rewards-and-how-does-it-work-help958

| | |
|---|---|
| | ## How can I redeem PayPal Rewards points?<br><br>Visit the PayPal app or website to see available redemption options and redeem your PayPal Rewards points.<br><br>## Where can I see my earned and pending PayPal Rewards points?<br><br>You can keep track of your points balance, see your past PayPal Rewards activity, and redeem your points in the PayPal app or online.<br><br>https://www.paypal.com/us/cshelp/article/what-is-paypal-rewards-and-how-does-it-work-help958 |

## Spend, send, or save

Use points towards your next purchase.[1] Redeem them for cash into your PayPal balance.[7] Donate them. Or roll the cash back into a PayPal Savings account.[8]

( Start Saving )

https://www.paypal.com/us/digital-wallet/rewards

Redemption Options

# 795

Points available

🔲 **Cash back**
Keep your cash in PayPal or transfer it out.

🏦 **Transfer to Savings**
Transfer to Savings and earn a high APY.

🛒 **Redeem points at checkout**
Use your points towards a purchase with PayPal checkout.

💙 **Donate**
Choose a charity to support.